

### Unsealing

**Kreutzer, Terah (USAOHS)**  to: Magistrate Judge Bowman (Kevin_Moser@ohsd.uscourts.gov)  07/08/2019 09:32 AM

From: "Kreutzer, Terah (USAOHS)" <Terah.Kreutzer@usdoj.gov>
To: "Magistrate Judge Bowman (Kevin_Moser@ohsd.uscourts.gov)" <Kevin_Moser@ohsd.uscourts.gov>,

Kevin,

The following case can be unsealed:

1:18-MJ-403

Thank you.

*Terah N. Kreutzer*
Paralegal Specialist
U.S. Attorney's Office for the Southern District of Ohio
221 E. Fourth Street, Suite 400
Cincinnati, OH 45202
(513) 684-7103