

**Unsealing**

Kreutzer, Terah (USAOHS) to: Magistrate Judge Litkovitz (Arthur_Hill@ohsd.uscourts.gov)  08/06/2019 08:26 AM

From: "Kreutzer, Terah (USAOHS)" <Terah.Kreutzer@usdoj.gov>
To: "Magistrate Judge Litkovitz (Arthur_Hill@ohsd.uscourts.gov)" <Arthur_Hill@ohsd.uscourts.gov>

Arthur,

Please unseal 1:18-mj-371 and 1:18-mj-403. Thank you.

*Terah N. Kreutzer*
Paralegal Specialist
U.S. Attorney's Office for the Southern District of Ohio
221 E. Fourth Street, Suite 400
Cincinnati, OH 45202
(513) 684-7103